Dan C. BOECHLER, Petitioner,

v.

DEPARTMENT OF the INTERIOR,
Respondent.

No. 2009–3001.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2008.

David C. Thompson, Grand Forks, ND, for Petitioner.

Scott D. Austin, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Dan C. BOECHLER, Petitioner,

v.

DEPARTMENT OF the INTERIOR,
Respondent.

No. 2009–3002.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2008.

David C. Thompson, Grand Forks, ND, for Petitioner.

Scott D. Austin, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.